IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  23-CR-429-CKK |
| Plaintiff, | : | |
| | : | JUDGE COLLEEN KOLLAR-KOTELLY |
| vs. | : | |
| JOSEPH VAGLICA, | : | **DEFENDANT'S MOTION TO TRAVEL** |
| Defendant. | : | |

Now comes the Defendant, Joseph Vaglica, through counsel and respectfully moves this Honorable Court to issue an Order granting him permission to travel.  Mr. Vaglica was arraigned on November 28, 2023, and released on a personal recognizance bond.

Mr. Vaglica would like to travel to the Boxing Hall of Fame located at 360 North Peterboro Street, Canastota, New York to attend events scheduled for June 6-9, 2024.  Mr. Vaglica is an independent film maker and is in the process of making a film about boxing.  Mr. Vaglica will travel alone by car, leaving on June 5, 2024, and returning to his home in Youngstown, Ohio on June 10, 2024.  Mr. Vaglica will be staying at a local motel during his visit.  Mr. Vaglica may visit the local library and Planet Fitness.  Defense counsel has communicated with Nick Ayers, Pretrial Services Officer, and Rebekah Lederer, Assistant United States Attorney.  Both have indicated no opposition to this request.

For these reasons, Mr. Vaglica respectfully moves this Court to grant this motion to travel.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

/s/*Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: edward_bryan@fd.org


/s/*Ashlynn Rotta*
ASHLYNN ROTTA
Attorney at Law
Ohio Bar: 0100465
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: ashlynn_rotta@fd.org