# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Crim. No. 23-cr-429 (CKK) |
| JOSEHPH VAGLICA, : | |
| : | |
| Defendant. : | |

## JOINT PROPOSED STATEMENT OF CASE

Pursuant to this Court's Pretrial Scheduling Order of May 23, 2024, the United States of America, by and through the undersigned attorneys, and counsel for Mr. Vaglica respectfully request that the Court read the following narrative as the statement of the case:

**I.  PROPOSED STATEMENT OF THE CASE**

This is a criminal case, in which the defendant, Joseph Vaglica, is charged with five counts:

1. Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C § 1752(a)(1);

2. Disorderly or Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2);

3. Entering and Remaining in Certain Rooms in the Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(C);

4. Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and

5. Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

The five federal criminal laws charged in this case are based on the defendant's presence inside the U.S. Capitol on January 6, 2021.  Specifically, the government alleges that Joseph Vaglica

unlawfully entered and remained in the restricted building and grounds of the U.S. Capitol, and engaged in disorderly and disruptive conduct while there; and that he paraded, demonstrated, and picketed inside the U.S. Capitol building.

Joseph Vaglica, who is presumed innocent, denies the allegations contained in the Information, has entered a plea of not guilty to all of these charges and has requested a jury trial.

Respectfully submitted,

| | |
|---|---|
| */s/ Edward G. Bryan* | */s/ Rebekah E. Lederer* |
| Federal Public Defender | Assistant United States Attorney |
| Northern District of Ohio | District of Columbia |
| Ohio Bar Number 00555556 | Pennsylvania State Bar No. 320922 |
| 1660 West 2nd Street | 601 D St., NW |
| Cleveland, OH 44113 | Washington, D.C. 20530 |
| (216) 522-4856 | (202) 252-7012 |
| Edward_bryan@fd.org | rebekah.lederer@usdoj.gov |
| | |
| */s/ Ashlynn A. Rotta* | */s/ Melanie L. Krebs-Pilotti* |
| Federal Public Defender | Trial Attorney – Antitrust Division |
| Ohio Bar Number 10100465 | California Bar No. 241484 |
| 1660 West 2nd Street | 601 D Street NW |
| Cleveland, OH 44113 | Washington, DC 20001 |
| (216) 522-4856 | (202) 252-7862 |
| Ashlynn_rotta@fd.org | Melanie.krebs-pilotti2@usdoj.gov |