UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO.: 1:23-cr-429 (CKK) |
| JOSEPH VAGLICA | § § § | |

## MOTION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL CONFERENCE

Defendant JOSEPH VAGLICA, by and through his Counsel, hereby files his Motion for Continuance of Trial and the Pre-Trial Conference, and states:

I.

1. Defendant's Counsel requests a continuance of the Pre-Trial Conference set for September 17, 2024, and the Trial set for September 23, 2024.

2. Defendant's Counsel was retained today, September 16, 2024, and needs additional time for investigation, motions, review of discovery, review of relevant video, locating witnesses, and preparation for trial.

3. Defendant respectfully requests a 1-month continuance.

4. Defendant's Counsel is presently unable to fly to DC tomorrow for the currently scheduled Pre-trial Conference and requests a continuance, or in the alternative, for it to be held via Zoom.

5. Opposing Counsel is opposed to this Motion.

6. This Motion is not solely made for the purpose of delay, but so that justice may be served. Defendant's Counsel has represented defendants in 5 previous cases related to January 6th, and has not sought unnecessary delays in any of those cases.

1

**WHEREFORE**, Defendant prays that this Court enter an Order granting this Motion.

Respectfully submitted.

                                            Respectfully submitted.

                                            /s/ ANTHONY F. SABATINI
                                            FL Bar No. 1018163
                                            anthony@sabatinilegal.com
                                            SABATINI LAW FIRM, P.A.
                                            411 N DONNELLY ST, STE #313
                                            MOUNT DORA, FL 32757
                                            T: (352)-455-2928
                                            *Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

                                            /s/ Anthony F. Sabatini