**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         v.<br><br>JOSEPH VAGLICA,<br><br>         Defendant. | Criminal Action No. 23-429 (CKK) |

**ORDER**
(September 16, 2024)

Having considered the parties' [40] Proposed Voir Dire, the Court attaches its proposed questions for voir dire to this Order as **Exhibit 1**. The parties shall review the attached Exhibit prior to the Pretrial Conference.

**SO ORDERED.**

**Dated:**  September 16, 2024

                                             /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge