UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-429-CKK |
| : | |
| JOSEPH VAGLICA, : | |
| : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by and through the undersigned Assistant U.S. Attorneys, and defense counsel for Joseph Vaglica ("the parties") jointly submits this status report as ordered by the Court. *See* Dkt. Entry 9/17/2024. The parties are available for trial the week of October 7, 2024. There is the possibility that both the United States Capitol Police overview witness and the United States Secret Service witness will need to be replaced due to scheduling conflicts. The government will provide the names and witness materials to defense counsel if these witnesses are reassigned.

Respectfully submitted,

*Anthony Frank Sabatini*
Sabatini Law Firm P.A.
Florida Bar No. 1018163
411 N. Donnelly St.
Mount Dora, FL 32757
352-455-2928
anthony@sabatinilegal.com

/s/ *Rebekah E. Lederer*
Assistant United States Attorney
Pennsylvania State Bar No. 320922
601 D St., NW
Washington, D.C. 20530
(202) 252-7012
rebekah.lederer@usdoj.gov

/s/ *Melanie Krebs-Pilotti*
Antitrust Division, Trial Attorney
Detailed to USAO-DC
601 D Street, N.W.
Washington, D.C. 20530
(202) 870-7457
melanie.krebs-pilotti2@usdoj.gov