**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **:** | |
| | **:** | |
| **v.** | **:** | No. 23-cr-429 (CKK) |
| | **:** | |
| JOSEPH VAGLICA, | **:** | |
| | **:** | |
| Defendant. | **:** | |

### JOINT STATUS REPORT

The United States of America, by and through the undersigned Assistant U.S. Attorneys and defense counsel for Joseph Vaglica ("the parties"), jointly submit this status report as ordered by the Court. *See* Dkt. Entry 10/1/2024. Defense counsel has no objections to the government's proposed jury instructions submitted on October 1, 2024. ECF 64.

Respectfully submitted,

*Anthony Frank Sabatini*
Sabatini Law Firm P.A.
Florida Bar No. 1018163
411 N. Donnelly St.
Mount Dora, FL 32757
352-455-2928
anthony@sabatinilegal.com

*/s/ Rebekah E. Lederer*
Assistant United States Attorney
Pennsylvania State Bar No. 320922
601 D St., NW
Washington, D.C. 20530
(202) 252-7012
rebekah.lederer@usdoj.gov

/s/ *Melanie Krebs-Pilotti*
Antitrust Div., Trial Attorney
Cal Bar. 241484
601 D Street, N.W.
Washington, D.C.
(202) 870-7457
melanie.krebs-pilotti2@usdoj.gov