# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO.: 1:23-cr-429 (CKK) |
| § | |
| JOSEPH VAGLICA § | |

## MOTION TO CONTINUE TRIAL

Defendant's Counsel, ANTHONY SABATINI, files this Motion to Continue the trial set for October 7, 2024, and states:

1. Defendant's Counsel serves as an Officer in the Florida Army National Guard and was ordered to service by the Governor of Florida, Ron DeSantis, on October 6, 2024 at 1p.m., in response to Hurricane Milton, an expected Category 3 Hurricane set to make landfall Wednesday October 9, 2024.  See **Exhibit A.**  Defendant's Counsel is currently tasked to duty at an armory in Florida and not able to be in Washington DC for trial scheduled to begin tomorrow morning.

2. Defendant's Counsel requested permission from his commanding officer to report to service after the trial ends this week and his request was DENIED, because the entire Florida Army National Guard has been called into service with no exceptions.

**WHEREFORE**; Defendant respectfully requests that this Court enter an Order granting this Motion.

DATED: 10-6-2024.

                                                      Respectfully,

                                                      /s/ ANTHONY F. SABATINI
                                                      FL Bar No. 1018163
                                                      anthony@sabatinilegal.com
                                                      SABATINI LAW FIRM, P.A.

411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

*/s/ Anthony F. Sabatini*

**EX. A**

# STATE OF FLORIDA
## OFFICE OF THE GOVERNOR
## EXECUTIVE ORDER NUMBER 24-215

**(Emergency Management – Amending Executive Order 24-214 – Tropical Storm Milton)**

**WHEREAS,** on October 5, 2024, I issued Executive Order 24-214, declaring a state of emergency for thirty-five counties across the State of Florida due to the dangers presented by Tropical Storm Milton; and

**WHEREAS,** on October 6, 2024, Tropical Storm Milton continues to strengthen, and is forecast to undergo significant to rapid intensification over the next seventy two hours as it moves eastward over the central and eastern Gulf of Mexico; and

**WHEREAS,** the forecast indicates that Tropical Storm Milton will be at or near a catastrophic major hurricane upon landfall along the Florida West Coast, accompanied by life-threatening storm surge and severe wind gusts for the Florida Gulf Coast; and

**WHEREAS,** an amendment to Executive Order 24-214 is necessary because recovery efforts and those affected by this disaster require the continued support of the State of Florida; and

**WHEREAS,** as Governor of Florida, I am responsible to meet the dangers presented to the State of Florida and its people by this emergency.

**NOW, THEREFORE, I, RON DESANTIS,** as Governor of Florida, by virtue of the authority vested in me by Article IV, Section 1(a) of the Florida Constitution and by the Florida Emergency Management Act, as amended, and all other applicable laws, promulgate the following Executive Order, to take immediate effect:

Section 1. Section 1 of Executive Order 24-214 is amended to read as follows:

1

Because of the foregoing conditions, which are projected to constitute a major disaster, I declare that a state of emergency exists in Alachua, Baker, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Dixie, Duval, Flagler, Gilchrist, Glades, Hamilton, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Lafayette, Lake, Lee, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwanee, Taylor, Union, and Volusia counties.

Section 2. Except as amended herein, Executive Order 24-214 is ratified and reaffirmed.

Section 3. This Executive Order is effective immediately and shall expire upon the expiration of Executive Order 24-214.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 6th day of October, 2024.

RON DESANTIS, GOVERNOR

ATTEST:

SECRETARY OF STATE

2