UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO.: 1:23-cr-429 (CKK) |
| § | |
| JOSEPH VAGLICA § | |
| § | |

## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to this Court's Conditions of Release Order and under 18 U.S. C. Section 3142, for permission to travel to Florida for one week from October 19th though November 10th, to visit family, and states:

1. Defendant Vaglica requests permission to visit family in Florida for 3 weeks.

2. Defendant is not a flight risk and is charged with only misdemeanor charges.

3. Defendant has not missed or evaded any Court proceeding and is in full compliance with release conditions.

WHEREFORE, Defendant respectfully requests this Court to grant permission to travel.

DATED: October 17, 2024.

                                        Respectfully submitted.

                                        /s/ ANTHONY F. SABATINI
                                        FL Bar No. 1018163
                                        anthony@sabatinilegal.com
                                        SABATINI LAW FIRM, P.A.
                                        411 N DONNELLY ST, STE #313
                                        MOUNT DORA, FL 32757
                                        T: (352)-455-2928
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini