**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 23-cr-429-CKK** |
| **v.** | **:** | |
| | **:** | |
| **JOSEPH VAGLICA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this status report with the parties' availability and unavailability for rescheduling Defendant Vaglica's trial.

The parties' preferred availability is:

- December 11-16, 2024
- February 10-14, 2025

The parties are *not* available during the following dates and times:
- October 28-November 1, 2024 (trial and sentencings)
- November 14-21, 2024 (trial)
- December 2-6, 2024 (TFO on vacation)
- December 17-20, 2024 (trial)
- December 23, 2024- January 6, 2025 (AUSA on vacation)
- January 13-31, 2025 (trials)
- February 3-7, 2025 (trial)
- February 18-21, 2025 (trial)
- February 24-28, 2025
- March 3-14, 2025 (trial)
- April 14-18, 2025 (trial)

Respectfully,


Anthony Sabatini, Esq.                    AUSA Rebekah Lederer
Counsel for Joseph Vaglica               Trial Attorney Melanie Krebs-Pilotti