UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO.: 23-cr-429 (CKK) |
| JOSEPH VAGLICA | § § § | |

## MOTION FOR PERMISSION TO TRAVEL

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to this Court's Conditions of Release Order and under 18 U.S. C. Section 3142, for permission to travel to Philadelphia, Pennsylvania, for 4 days, December 7—9, 2024, and states:

1. Defendant requests permission to visit Philadelphia, Pennsylvania.

2. Defendant is not a flight risk and is charged with only misdemeanor charges.

3. Defendant has not missed or evaded any Court proceeding and is in full compliance with release conditions.

4. The <u>Government does not oppose</u> this request.

5. Plaintiff will visit the Philadelphia Zoo, at 3400 W Girard Ave. Philadelphia, PA 19102, and the Philadelphia Film Center, 1412 Chesnutt St. Philadelphia, PA 19102.

**WHEREFORE,** Defendant respectfully requests this Court to grant permission to travel.

DATED: December 6, 2024.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757

T: (352)-455-2928<br>
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini